# LAKIS LAW OFFICES, PC
A PROFESSIONAL SERVICES CORPORATION

145 N. FRANKLIN TPKE, STE 122 • RAMSEY, NJ 07446
TEL: (201) 962-9300 • FAX: (201) 962-9301

www.lakis-law.com

William E. Lakis
ATTORNEY AT LAW
Admitted in NJ and NY

wlakis@lakis-law.com

June 26, 2023

VIA ECF
Hon. Paul G. Gardephe, U.S.
District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: **Globe Union Industrial Corporation v. Laufer International Group, Ltd.
SDNY Case No. 1:23-cv-01111 (PGG) (JW)
Our File: 2100-47**

Dear Judge Gardephe:

This firm represents defendant Laufer Group International, Ltd. in the above-referenced lawsuit pending before Your Honor, but was not asked to do so or aware of this case until late Friday afternoon, June 23, 2023. As a result of our late involvement and current lack of familiarity with this matter, Plaintiff's counsel agreed to allow us a courtesy extension until Wednesday, June 28, 2023, to respond to Plaintiff's Complaint. This afternoon, we learned for the first time from Plaintiff's counsel that the initial Pre-Trial Conference is scheduled for June 29, 2023. We write, pursuant to Rule 1E of Your Honor's Individual Rules of Practice in Civil Cases and with the consent of Plaintiff's counsel, to respectfully request a two-week adjournment of the initial Pre-Trial Conference presently scheduled to take place before Your Honor on Thursday, June 29, 2023. This is the second request for an adjournment of the initial Pre-Trial Conference in this lawsuit.

In light of our late involvement, plaintiff's counsel is in agreement with a two-week adjournment of the Pre-Trial Conference to Thursday, July 13, 2023, or to a later adjourned date if such would be more convenient for the Court. For the sake of the Court's scheduling, the undersigned wishes to respectfully make the Court aware that he is scheduled for a pre-arranged vacation out of state during the entire week of August 7, 2023.

We respectfully request that the Court grant this adjournment, and thank the Court for its consideration of this request.

Respectfully submitted,

LAKIS LAW OFFICES, PC

*s/William E. Lakis*

William E. Lakis

**MEMO ENDORSED:**
The conference currently scheduled for June 29, 2023, is adjourned to **July 13, 2023, at 11:45 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: June 26, 2023