JOHN F RYAN, ESQ.   320 8TH AVE. SUITE 2R
BROOKLYN, NY 11215
TEL. 718-938-7620
john.ryan@johnfryancounseloratlaw.com

August 21, 2023

Via ECF
The Honorable Paul G. Gardephe
United States District Court Judge
USDC SDNY
40 Foley Square, Room 2204
New York, NY 10007

MEMO ENDORSED

The Conference is adjourned to October 5, 2023 at 11:00 A.M.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: August 21, 2023

RE: Globe Union Industrial Corporation,
   V.
   Laufer Group International, Ltd.
   And
   Laufer Group International, Ltd.
   V.
   Honour Lane Shipping Ltd., Glory Bulk
   Limited, Glory Bulk-China, Chipolbrok
   America, Inc., and DOES 1 to 20.
   23-cv-1111 (PGG)(JW)

Dear Judge Gardephe:

I am counsel for plaintiff Globe Union Industrial Corporation. I write with the consent and concurrence of counsel for defendant and third-party plaintiff Laufer Group International Ltd. ("Laufer") to make this joint

request that the Initial Conference scheduled for August 24, 2023 at 10:45 AM be adjourned to a date after September 28th[th] at a time of the Court's convenience.

The requested adjournment of the pre-trial conference is to allow Defendant/Third-party Plaintiff's counsel the continued opportunity to perfect service of Third-party Defendants. As of this writing only one of the Third-party Defendants has contacted Mr. Lakis, counsel for Laufer, and is contemplating a requested waiver of service. Should those discussions not result in the cooperative appearance of the Third-Party Defendants, Defendant/Third -Party Plaintiff will need to intensify and make more aggressive its efforts to effect service of the third-party complaint.

It is with the foregoing in mind that counsel respectfully request that the Initial Pretrial Conference scheduled for August 24th be adjourned to a date after September 28th[th] at a time of the Court's convenience.

We wish to thank the Court for its continued assistance.
Respectfully submitted,

_____
John F. Ryan

CC: William E. Lakis, Esq via wlakis@lakis-law.com