UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Globe Union Industrial Corporation,

                Plaintiff,

-against-

Laufer Group International Ltd.,

                Defendant.

**ORDER**

23 Civ. 1111 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, Defendant has **thirty days** from today to serve third-party defendant Chipolbrok America, Inc. and **ninety days** from today to serve third-party defendants Honour Lane Shipping Ltd., Glory Bulk Limited, Glory Bulk-China, and DOES 1-20.

      It is hereby ORDERED that the next conference in this action will take place on **January 4, 2024 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge