```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL UNION INDUSTRIAL CORP.,

        Plaintiff,

-against-

LAUFER INTERNATIONAL GROUP, LTD.,

        Defendant.

23-CV-01111 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

  It is hereby ORDERED that no later than **April 6, 2024**, Defendant Laufer Group International Ltd. shall file on ECF a letter on the status of service on the remaining foreign Third-Party Defendants.

  In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: March 12, 2024
    New York, New York

                SO ORDERED.

                _____
                MARGARET M. GARNETT
                United States District Judge